Page 1

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE:                              .

                                    .

WILLIAM D. CALLE,                   .   Docket No. 26-53454-jwj

                                    .

     DEBTOR.                        .

                                    .   Atlanta, GA

                                    .   April 14, 2026

                                    .

. . . . . . . . . . . . . . . . . .

TRANSCRIPT OF

341 MEETING OF CREDITORS

S. GREGORY HAYS - TRUSTEE

Transcription Services:           Veritext

                                  330 Old Country Road

                                  Suite 300

                                  Mineola, NY 11501

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

Page 2

APPEARANCES:

For the Debtor:          WILLIAM D. CALLE

                         PRO SE


For the US Trustee:      S. GREGORY HAYS

                         OFFICE OF THE UNITED STATES TRUSTEE

                         362 Richard Russell Building

                         75 Ted Turner Drive, SW

                         Atlanta, GA 30303


ALSO APPEARING:

DANIEL OLIVA, VIP PROPERTIES AND INVESTMENTS, LLC

P R O C E E D I N G S

MR. HAYS:  Go to 27, calling the case of William D. Calle, C-A-L-L-E, 26-53454.  And I'm on Recording Number 27.  Mr. Calle is there.  Sir, please raise your right hand. You're on mute, sir.  Do you solemnly swear under penalty of perjury to tell the truth, the whole truth, and nothing but the truth?

MR. CALLE:  Yes, sir.

MR. HAYS:  Please state your full name.

MR. CALLE:  William Dwight Calle.

MR. HAYS:  Okay, and I've got a copy of the Georgia driver's license today.  The picture matches the petition.  I've got a copy of the Social Security card that appears to match the petition.  Let me just look at it here and see if it's...  Okay, and I verified that.  I had to look it up on the computer.  Part of the number was cut off. Okay, sir, and you filed this pro se?  You didn't pay anybody to help you fill out the forms?

MR. CALLE:  No, sir.

MR. HAYS:  Have you read the bankruptcy information sheet?

MR. CALLE:  Yes.

MR. HAYS:  Did you read and sign the petition and related documents?

MR. CALLE:  I did.

Page 4

MR. HAYS:  Have you filed bankruptcy before?

MR. CALLE:  No, sir.

MR. HAYS:  Is the information you filed with the Court true and correct?

UNIDENTIFIED SPEAKER 1:  Okay, so I'm on now.

MR. CALLE:  Yes, to the best of my knowledge, yes.

MR. HAYS:  Any change in your financial condition since you filed this case in March?

MR. CALLE:  No.

MR. HAYS:  Anything in your papers need to be updated?

MR. CALLE:  No.

MR. HAYS:  Are you still living on Lake Forest Drive?

MR. CALLE:  Yes.

MR. HAYS:  Okay.  There's a pro se case.  I think a lot of it was putting the schedules out.  There's some -- in fact, I've looked at all these pleadings, and there's a Creditor on the line.  Do you own this property at, that you live in, 8703 Lake Forest Drive?

MR. CALLE:  No.  No, I'm a tenant.

MR. HAYS:  You're a tenant?  Have you ever owned it?

MR. CALLE:  No.

MR. HAYS:  Okay, and who do you pay rent to?

Page 5

MR. CALLE:  My landlord?

MR. HAYS:  Yeah, who's that?

MR. CALLE:  Clarence Carr, C-A-R-R.

MR. HAYS:  Okay, and how much rent do you pay?

MR. CALLE:  450.  I just rent a room.

MR. HAYS:  You rent a room?  Okay, does he live in the house as well?

MR. CALLE:  Yes.

MR. HAYS:  Okay, and that -- there was a schedule, but somehow it was listed before.  We'll get to that in a minute, because the -- I know the lawyers have questions. The Lexus was a 2004 Lexus.  The -- do you still owe money on that car?

MR. CALLE:  Yes, well, I have a title loan, and the -- I have a title loan on it.

MR. HAYS:  Is the title loan current?

MR. CALLE:  But I still own it.  I'm sorry?

MR. HAYS:  Is the title loan current?

MR. CALLE:  Yeah.

MR. HAYS:  Okay, I had total assets of $4,000.  Is that a fair value of everything you own?

MR. CALLE:  Yes.

MR. HAYS:  Did you list all your Creditors?

MR. CALLE:  Yes.

MR. HAYS:  Okay, I see them here on Pages 18, 19.

Page 6

Most of them are fairly small.  I see a total of $10,000 in debt.  Is that right?

MR. CALLE:  Yes.

MR. HAYS:  Are you employed now?

MR. CALLE:  I'm a -- I receive a VA pension.  I'm a (indiscernible) --

MR. HAYS:  That's the $1,400 a month?

MR. CALLE:  Yes, it's 14-something.

MR. HAYS:  $1,450, okay.  Is that your only source of income?

MR. CALLE:  It's my only source, yes.

MR. HAYS:  And your budget, your rent is $400 a month, and you only had expenses of $890.  I'm sure you spent all the money you bring in every month, right, the $1,450?

MR. CALLE:  Yes, out of the paycheck, the paycheck.

MR. HAYS:  Okay, but your budget shows you have $560 a month left over.  Is that right?

MR. CALLE:  Not -- no, I -- no.

MR. HAYS:  You're not saving $560 a month.

MR. CALLE:  No, I don't even make it some months.

MR. HAYS:  Yeah, well, you don't -- we'll see what you don't have here.  You have food for $250 a month.  Do you pay utilities?

Page 7

MR. CALLE:  No.

MR. HAYS:  Do you have a car?  You have vehicle insurance, $50.

MR. CALLE:  I make the title -- I make a title payment on that.

MR. HAYS:  No, you don't have the title payment in here.  Is that the $150 a --

MR. CALLE:  That's why I didn't -- I didn't know if they're included or not.  I honestly didn't.

MR. HAYS:  Anyway, you're --

MR. CALLE:  So I'm current on it.  I'd like to keep it.  I'll just pay it off, the title loan.

MR. HAYS:  And when you say you have, on the summary of schedules, $452,000 in debt, is that accurate?

MR. CALLE:  $452,000?

MR. HAYS:  Yeah, that's what you have on Page 32 of 34.  And in other -- in another section, you have only $10,000 in debt.

MR. CALLE:  Well, that's my Creditors, and --

MR. HAYS:  It's supposed to be $10,557, isn't it?

MR. CALLE:  Yes.

MR. HAYS:  Okay, for some reason, the summary, it's wrong.  Okay.  Okay, the -- there's an attorney on the line, I believe.  Sir, do you have any questions?

MR. OLIVA:  Yes.

Page 8

MR. HAYS:  Go ahead.

MR. OLIVA:  Thank you, Trustee.  So I'm sorry, is it Mr. Calle?

MR. CALLE:  Yeah.

MR. OLIVA:  Okay, Mr. Calle, on your Schedule AB, Part 1 Line 1, you have checked that you have no legal or equitable interest in any residence, building, land, or similar property.  Is that correct?

MR. CALLE:  Correct.

MR. OLIVA:  So on your Chapter 7 petition, Part 2 Line 9, it reflects a prior bankruptcy case, Case Number 26-51268, filed on January 30th, 2026.  Is that correct?

MR. CALLE:  Yes, and it was a mistake, and we reversed it.  But I shouldn't have done that.  I made a mistake.  That wasn't the best chapter for me to file.

MR. OLIVA:  When did you become aware that your Chapter 13 case was dismissed because you failed to comply with the Court's order as described in Document 19 of that case?

MR. CALLE:  I don't remember.

MR. OLIVA:  In connection with the property at 8703 Lake Forest Drive, do you have a written lease with US Bank National Association as Trustee for TBW Mortgage-Backed Trust, 2006-6 on a Mortgage Pass-Through Certificate 02006-6?

Page 9

MR. CALLE:  No, it may be because of the situation with the house, but I'm not -- I don't think I'm directly, no, because I'm not the, you know, I'm not the homeowner. You know what I'm saying?  I may be indirectly but not --

MR. OLIVA:  Do you have a written lease or not?

MR. CALLE:  Yes, I do, but not with --

MR. OLIVA:  US Bank.

MR. CALLE:  -- US --

MR. OLIVA:  Bank, National Association?

MR. CALLE:  No.

MR. OLIVA:  So your Schedule G, where you would list written leases, it's completely blank.  Why was it blank?

MR. CALLE:  The what?

MR. OLIVA:  Your Schedule G where you would list your leases, it's blank.  There's nothing there.  Why did you leave it blank?

MR. CALLE:  I didn't even know that.  I thought I put $450 down for my rent.  That's what I pay.  If I missed something, well, did I miss -- is there something incomplete?

MR. OLIVA:  Yeah, I don't have any records of any written leases.

MR. CALLE:  Because I could have sworn that I did -- they did ask how much my rent was, and I did this, but

Page 10

when I had canceled the other chapter, I guess that you

start over.  But --

MR. OLIVA:  Do you have a written lease of any

person for the property?

MR. CALLE:  Yeah.

MR. OLIVA:  Who?

MR. CALLE:  Clarence Carr.

MR. OLIVA:  And Clarence Carr has represented to

you that he is the owner of the property?

MR. CALLE:  Yes.

MR. OLIVA:  Do you use the email address

ikecalle@gmail.com to send and receive emails?

MR. CALLE:  Can I get a little advice?  I don't

know if all this -- I've never been in this situation.  I

have an attorney asking me a lot of questions, and I don't

know if all this -- if I have to answer it.

MR. HAYS:  Yeah, he can -- sir, you filed pro se.

MR. CALLE:  (Indiscernible).

MR. HAYS:  You filed pro se, and he represents a

Creditor, and he can ask you questions.  You've indicated

somewhere that somehow they believe you think you own the

house, and you've testified you don't own the property, so --

MR. CALLE:  No, I never -- I've never owned a

house.  I've never stated I owned a house.

Page 11

MR. HAYS:  Yeah, I don't know what else you need to ask.  I mean, he said he doesn't have a -- he has a lease with this guy that apparently owns the house, and you're trying to get a motion to lift stay.  Well, he doesn't own the house, so there's no reason for --

MR. CALLE:  I'm a tenant.  I'm just a tenant.

MR. HAYS:  Yeah.

MR. OLIVA:  Well, Trustee, just to give you a background, this is the second bankruptcy case that this Debtor has filed, and conveniently, it seems like he's forgetting some details, but my client has no claim against this person, didn't even know this person existed until the first bankruptcy case was filed.  And somehow, we're listed on this petition.  So that's just some background, so just going back to my question, on Schedule EF, I think you clarified to the Trustee Line 4, Period 11.  You listed my client, VIP Properties and Investments, LLC as a Creditor who has an unsecured claim for $442,000.  Are you saying now that that was a mistake?

MR. CALLE:  No.

MR. OLIVA:  So you're saying my client has a claim against you for $442,000?

MR. CALLE:  That's correct.  That's correct.

MR. HAYS:  How do --

MR. OLIVA:  Are you aware --

Page 12

MR. HAYS:  Yeah, go ahead.

MR. OLIVA:  -- are you aware that my client has no claim against you?

MR. CALLE:  Yes.

MR. OLIVA:  So prior to January 30th, 2026, did you ever make any contact with anyone associated with my client?

MR. CALLE:  With who?

MR. OLIVA:  My client, VIP Properties and Investments, LLC.

MR. CALLE:  Yes, I think I emailed.

MR. OLIVA:  Before January 30th, 2026 or on January 30th, 2026?

MR. CALLE:  I don't remember.  Is this VIP Properties?

MR. HAYS:  He represents VIP Properties.

MR. CALLE:  Okay.

MR. HAYS:  The question is, why did you list them owing them $442,000?

MR. CALLE:  Well, I'd like to pay the taxes on this.

MR. HAYS:  You'd like to pay the taxes on the house you live in?

MR. CALLE:  Yes.

MR. HAYS:  But you don't have any --

Page 13

MR. CALLE:  I (indiscernible) -- that's what the owner said.  He said I could -- that if I, you know, as a tenant, I can pay the back taxes, because I'm living at the property.

MR. OLIVA:  And who said that, the landlord?

MR. CALLE:  Well, (indiscernible), I mean, I don't know.  I'm not -- this is, you know, whatever your --

MR. OLIVA:  Who told you, you could pay the back taxes?

MR. CALLE:  The owner, Clarence Carr.  Well, the prior owner, Clarence Carr.

MR. OLIVA:  So did VIP ever make any loans to you?

MR. CALLE:  No.

MR. OLIVA:  Did VIP ever obtain a judgment against you?

MR. CALLE:  No.

MR. OLIVA:  So would it be correct to remove VIP as a creditor from your petition?

MR. CALLE:  Well, there's -- not if it allows -- if not -- not if it helps.

MR. OLIVA:  Helps who?

MR. CALLE:  Helps keep the house, you know --

MR. OLIVA:  You're a tenant on the property.  Is that correct?

MR. CALLE:  Correct, correct.

Page 14

MR. OLIVA:  Okay.

MR. CALLE:  I'm here right now.

MR. OLIVA:  How do you know Clarence Carr?

MR. CALLE:  I worked with him for a while after I got out of the Air Force, and we've been friends for life, since grade school.

MR. OLIVA:  And when did Clarence Carr first tell you that he owned the property?

MR. CALLE:  A long time ago, I think he bought it in 2008.  I'm not sure.

MR. OLIVA:  Did he -- did Clarence Carr ever tell you about a deed under power that was recorded on January 4th, 2011 that transferred title out of Clarence Carr's name to US Bank?

MR. CALLE:  No.

MR. OLIVA:  Do you have any accounts that you hold jointly with Clarence Carr?

MR. CALLE:  No.  No.

MR. OLIVA:  Other than the rent payments you claim you make to Clarence Carr, have you transferred any money or assets to Clarence Carr in the past two years?

MR. CALLE:  No, no, I'm not wealthy, either.  I don't have things.  You -- I don't have -- I have my car and I don't have my --

MR. OLIVA:  Are you aware that the property at

Page 15

8703 Lake Forest Drive was sold at a tax sale on February 14, '25?

MR. CALLE:  I thought it was still in limbo.  I'm not -- I don't know all the details on it.  I know something happened, but it has to do with the taxes, and I can -- if there's any way that I could catch the -- you know, catch up with taxes or something, whatever, as a tenant here, then I'd like to do that.

MR. OLIVA:  In connection with the February 4, 2025 tax sale of 8703 Lake Forest Drive, are you aware that US Bank National Association as Trustee for TBW Mortgage-Backed Trust 2006-6 Mortgage Pass-Through Certificate 02006-6 was listed as the defendant and (indiscernible) on that tax deed?

MR. CALLE:  No.  I know there's been a long-going with the property and with that bank, but I don't know of all the details.  To be honest --

MR. OLIVA:  Who told you about the tax sale?

MR. CALLE:  Well, I didn't even know there was actually a tax sale.  I don't know what's going on with the banks, really.  I didn't know if the house was actually -- because this has been going on so long, I don't know if it's been actually if it's in his name or whose name is it, to be honest.

MR. OLIVA:  Are you -- so are you --

MR. CALLE:  This is --

MR. HAYS:  I need to move this along.  We've been going 20 minutes.

MR. CALLE:  -- to be honest, you might have the wrong person.  I'm sorry.

MR. OLIVA:  I'm going off the petition you filed. I mean, this is a serious claim.  You listed my client owes you 440 -- that you owe my client $442,000.  This is a serious situation, so these questions I'm asking, I'm trying to understand why you would do that.

MR. CALLE:  I understand.

MR. HAYS:  Was he --

MR. OLIVA:  So are you --

MR. HAYS:  You've testified you don't owe him any money, right?

MR. CALLE:  Correct.

MR. HAYS:  Okay, you don't owe him any money, but it's in your schedules.  Are you going to amend your schedules to take the $442,000 off?

MR. CALLE:  Well, would that affect me being able to file bankruptcy?

MR. HAYS:  No, it doesn't.  It --

MR. CALLE:  I'd like to file a bankruptcy (indiscernible) --

MR. HAYS:  No, it just resolves this problem.

Page 17

MR. CALLE:  I won't go off on a rabbit trail.

MR. HAYS:  You don't owe them money, but you put them down.  It's caused problems, so the question is, are you going to --

MR. CALLE:  They are a Creditor, aren't they?  Aren't they a Creditor?

MR. HAYS:  You've just said you don't owe them the money.

MR. CALLE:  I believe they're a Creditor.

MR. HAYS:  Well, I'll just refer this to the Office of the United States Trustee, and we'll see what happens.  I mean, I -- we've been going 21 minutes.  I --

MR. CALLE:  I'm sorry.  I didn't even expect.

MR. HAYS:  You know, I think I'll move to dismiss the -- I guess the US Trustee will move to dismiss the case, or I'll have to.  Counsel, what are you --

MR. CALLE:  Dismiss my bankruptcy?

MR. HAYS:  Yeah, but I mean --

MR. CALLE:  Why?

MR. HAYS:  You're putting something on your schedules that you owe this debt, and you don't owe it.  You've testified you don't owe it.  But you're trying to hold up something.  I mean, I don't understand what you're trying to do.  The Creditor doesn't understand what you're trying to do.

Page 18

MR. CALLE:  Okay.

MR. HAYS:  I mean, it's a pretty simple case if you don't have this $442,000 in here --

MR. CALLE:  Right.

MR. HAYS:  -- that you --

MR. CALLE:  I mean, I'm just a VA with a pension, and it's pretty simple.  I don't even have kids.

MR. HAYS:  You don't have what?

MR. CALLE:  I don't have dependents.  Dependents are -- I (indiscernible) pretty simple --

MR. HAYS:  No, and we're not talking about dependents.  We're talking about whether or not you owe $442,000 to VIP Properties.  And it's a simple question.  Do you owe them or not?

MR. CALLE:  Yeah...

MR. HAYS:  Sir, you're wasting a lot of people's time --

MR. CALLE:  They're a Creditor, in my belief.  I'm sorry.  I'm sorry to take up ya'll's time.  I'm sorry.

MR. HAYS:  Okay, we'll move to -- we'll move to dismiss the case.

MR. OLIVA:  Thank you.

MR. CALLE:  But if -- wait, I didn't know that you would -- this would be (indiscernible).  I've never filed bankruptcy in my life.

Page 19

MR. OLIVA:  Mr. Calle, if you just remove my client as a Creditor, this will resolve a lot of issues in your case.

MR. CALLE:  Right, because I'd just like to file bankruptcy.  I'll never be able to pay all my Creditors, and I've had this -- I'm 56 and I've never paid a -- I've never filed bankruptcy.  I keep holding off and holding off.

MR. OLIVA:  Well, Trustee, if you would recommend dismissing this bankruptcy petition, I would be fine with that.

MR. CALLE:  Okay, (indiscernible), Your Honor.

MR. HAYS:  I'll recommend to the -- I'll recommend to the US Trustee that the case -- I don't know.  I've never seen anything like this, so --

MR. OLIVA:  Me too, me too.

MR. HAYS:  -- maybe I'll put bad faith.  He's trying to hold you up somehow.

MR. OLIVA:  Yes.

MR. HAYS:  Yeah, a 707(b)(3), a dismissal for bad faith.  I don't know what he's trying to do, so...

All right, thank you, sir.

MR. CALLE:  Okay, thank you, sir.

MR. OLIVA:  Thank you.  May I be dismissed?

MR. HAYS:  Yes, I'm closing the case.

(Whereupon these proceedings were concluded)

Page 20

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

*Sonya M. Ledanski Hyde*

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  April 23, 2026

[02006 - banks]

Page 1

| 0 | 26  8:11 | 6 | appearing  2:11 |
|---|---|---|---|

**0**

**02006**  8:24 15:12

**1**

**1**  4:5 8:6,6
**1,400**  6:7
**1,450**  6:9,15
**10,000**  6:1 7:18
**10,557**  7:20
**11**  11:16
**11501**  1:22 20:23
**12151**  20:7
**13**  8:17
**14**  1:10 6:8 15:2
**150**  7:7
**18**  5:25
**19**  5:25 8:18

**2**

**2**  8:10
**20**  16:3
**2004**  5:12
**2006-6**  8:24 15:12
**2008**  14:10
**2011**  14:13
**2025**  15:10
**2026**  1:10 8:12 12:5,12,13 20:25
**21**  17:12
**23**  20:25
**25**  15:2
**250**  6:24

**26**  8:11
**26-53454**  1:6 3:3
**27**  3:2,4

**3**

**3**  19:19
**300**  1:21 20:22
**30303**  2:9
**30th**  8:12 12:5 12:12,13
**32**  7:16
**330**  1:20 20:21
**34**  7:17
**341**  1:15
**362**  2:7

**4**

**4**  11:16 15:9
**4,000**  5:20
**400**  6:12
**440**  16:8
**442,000**  11:18 11:22 12:19 16:8,19 18:3 18:13
**450**  5:5 9:19
**452,000**  7:14 7:15
**4th**  14:13

**5**

**50**  7:3
**51268**  8:12
**56**  19:6
**560**  6:19,21

**6**

**6**  8:25 15:13

**7**

**7**  8:10
**707**  19:19
**75**  2:8

**8**

**8703**  4:20 8:22 15:1,10
**890**  6:13

**9**

**9**  8:11

**a**

**ab**  8:5
**able**  16:20 19:5
**accounts**  14:16
**accurate**  7:14 20:4
**actually**  15:20 15:21,23
**address**  10:11
**advice**  10:13
**affect**  16:20
**ago**  14:9
**ahead**  8:1 12:1
**air**  14:5
**allows**  13:19
**amend**  16:18
**answer**  10:16
**anybody**  3:18
**anyway**  7:10
**apparently**  11:3
**appearances**  2:1

**appearing**  2:11
**appears**  3:14
**april**  1:10 20:25
**asking**  10:15 16:9
**assets**  5:20 14:21
**associated**  12:6
**association**  8:23 9:9 15:11
**atlanta**  1:3,9 2:9
**attorney**  7:23 10:15
**aware**  8:16 11:25 12:2 14:25 15:10

**b**

**b**  19:19
**back**  11:15 13:3,8
**backed**  8:23 15:12
**background**  11:9,14
**bad**  19:16,19
**bank**  8:23 9:7 9:9 14:14 15:11,16
**bankruptcy**  1:1 3:20 4:1 8:11 11:9,13 16:21,23 17:17 18:25 19:5,7,9
**banks**  15:21

[belief - drive]                                                                    Page 2

**belief** 18:18
**believe** 7:24
  10:21 17:9
**best** 4:6 8:15
**blank** 9:12,13
  9:16,17
**bought** 14:9
**bring** 6:14
**budget** 6:12,18
**building** 2:7
  8:7

**c**

**c** 3:1,3 5:3 20:1
  20:1
**calle** 1:6 2:2
  3:3,4,8,10,10
  3:19,22,25 4:2
  4:6,9,12,15,21
  4:24 5:1,3,5,8
  5:14,17,19,22
  5:24 6:3,5,8,11
  6:16,20,22 7:1
  7:4,8,11,15,19
  7:21 8:3,4,5,9
  8:13,20 9:1,6,8
  9:10,14,18,24
  10:5,7,10,13
  10:18,24 11:6
  11:20,23 12:4
  12:8,11,14,17
  12:20,24 13:1
  13:6,10,13,16
  13:19,22,25
  14:2,4,9,15,18
  14:22 15:3,15
  15:19 16:1,4
  16:11,16,20,23

  17:1,5,9,13,17
  17:19 18:1,4,6
  18:9,15,18,23
  19:1,4,11,22
**calling** 3:2
**canceled** 10:1
**car** 5:13 7:2
  14:23
**card** 3:13
**carr** 5:3 10:7,8
  13:10,11 14:3
  14:7,11,17,20
  14:21
**carr's** 14:13
**case** 3:2 4:8,16
  8:11,11,17,19
  11:9,13 17:15
  18:2,21 19:3
  19:13,24
**catch** 15:6,6
**caused** 17:3
**certificate** 8:24
  15:12
**certified** 20:3
**change** 4:7
**chapter** 8:10
  8:15,17 10:1
**checked** 8:6
**claim** 11:11,18
  11:21 12:3
  14:19 16:7
**clarence** 5:3
  10:7,8 13:10
  13:11 14:3,7
  14:11,13,17,20
  14:21

**clarified** 11:16
**client** 11:11,17
  11:21 12:2,7,9
  16:7,8 19:2
**closing** 19:24
**completely**
  9:12
**comply** 8:17
**computer** 3:16
**concluded**
  19:25
**condition** 4:7
**connection**
  8:21 15:9
**contact** 12:6
**conveniently**
  11:10
**copy** 3:11,13
**correct** 4:4 8:8
  8:9,12 11:23
  11:23 13:17,24
  13:25,25 16:16
**counsel** 17:16
**country** 1:20
  20:21
**court** 1:1 4:4
**court's** 8:18
**creditor** 4:19
  10:20 11:17
  13:18 17:5,6,9
  17:24 18:18
  19:2
**creditors** 1:15
  5:23 7:19 19:5
**current** 5:16
  5:18 7:11

**cut** 3:16

**d**

**d** 1:6 2:2 3:1,3
**daniel** 2:12
**date** 20:25
**debt** 6:2 7:14
  7:18 17:21
**debtor** 1:8 2:2
  11:10
**deed** 14:12
  15:14
**defendant**
  15:13
**dependents**
  18:9,9,12
**described** 8:18
**details** 11:11
  15:4,17
**directly** 9:2
**dismiss** 17:14
  17:15,17 18:21
**dismissal**
  19:19
**dismissed** 8:17
  19:23
**dismissing**
  19:9
**district** 1:2
**division** 1:3
**docket** 1:6
**document** 8:18
**documents**
  3:24
**drive** 2:8 4:14
  4:20 8:22 15:1
  15:10

[driver's - know]                                                                                   Page 3

| | | | |
|---|---|---|---|
| **driver's** 3:12 | **food** 6:24 | 4:1,3,7,10,13 | **income** 6:10 |
| **dwight** 3:10 | **force** 14:5 | 4:16,22,25 5:2 | **incomplete** |
| **e** | **foregoing** 20:3 | 5:4,6,9,16,18 | 9:21 |
| **e** 3:1,1,3 20:1 | **forest** 4:13,20 | 5:20,23,25 6:4 | **indicated** |
| **ef** 11:15 | 8:22 15:1,10 | 6:7,9,12,18,21 | 10:20 |
| **either** 14:22 | **forgetting** | 6:23 7:2,6,10 | **indirectly** 9:4 |
| **electronic** 1:24 | 11:11 | 7:13,16,20,22 | **indiscernible** |
| **email** 10:11 | **forms** 3:18 | 8:1 10:17,19 | 6:6 10:18 13:1 |
| **emailed** 12:11 | **friends** 14:5 | 11:1,7,24 12:1 | 13:6 15:13 |
| **emails** 10:12 | **full** 3:9 | 12:16,18,22,25 | 16:24 18:10,24 |
| **employed** 6:4 | **g** | 16:2,12,14,17 | 19:11 |
| **equitable** 8:7 | **g** 3:1 9:11,15 | 16:22,25 17:2 | **information** |
| **existed** 11:12 | **ga** 1:9 2:9 | 17:7,10,14,18 | 3:21 4:3 |
| **expect** 17:13 | **georgia** 1:2 | 17:20 18:2,5,8 | **insurance** 7:3 |
| **expenses** 6:13 | 3:12 | 18:11,16,20 | **interest** 8:7 |
| **f** | **give** 11:8 | 19:12,16,19,24 | **investments** |
| **f** 20:1 | **gmail.com** | **help** 3:18 | 2:12 11:17 |
| **fact** 4:18 | 10:12 | **helps** 13:20,21 | 12:10 |
| **failed** 8:17 | **go** 3:2 8:1 12:1 | 13:22 | **issues** 19:2 |
| **fair** 5:21 | 17:1 | **hold** 14:16 | **j** |
| **fairly** 6:1 | **going** 11:15 | 17:23 19:17 | **january** 8:12 |
| **faith** 19:16,20 | 15:15,20,22 | **holding** 19:7,7 | 12:5,12,13 |
| **february** 15:1 | 16:3,6,18 17:4 | **homeowner** | 14:12 |
| 15:9 | 17:12 | 9:3 | **jointly** 14:17 |
| **file** 8:15 16:21 | **grade** 14:6 | **honest** 15:17 | **judgment** |
| 16:23 19:4 | **gregory** 1:16 | 15:24 16:4 | 13:14 |
| **filed** 3:17 4:1,3 | 2:5 | **honestly** 7:9 | **jwj** 1:6 |
| 4:8 8:12 10:17 | **guess** 10:1 | **honor** 19:11 | **k** |
| 10:19 11:10,13 | 17:15 | **house** 5:7 9:2 | **keep** 7:12 |
| 16:6 18:24 | **guy** 11:3 | 10:22,25,25 | 13:22 19:7 |
| 19:7 | **h** | 11:3,5 12:23 | **kids** 18:7 |
| **fill** 3:18 | **hand** 3:4 | 13:22 15:21 | **know** 5:11 7:8 |
| **financial** 4:7 | **happened** 15:5 | **hyde** 20:3,8 | 9:3,4,18 10:14 |
| **fine** 19:9 | **happens** 17:12 | **i** | 10:16 11:1,12 |
| **first** 11:13 14:7 | **hays** 1:16 2:5 | **ikecalle** 10:12 | 13:2,7,7,22 |
| | 3:2,9,11,20,23 | **included** 7:9 | 14:3 15:4,4,6 |

[know - papers]

15:15,16,19,20
15:21,22 17:14
18:23 19:13,20
**knowledge** 4:6

**l**

**l** 3:3,3
**lake** 4:13,20
  8:22 15:1,10
**land** 8:7
**landlord** 5:1
  13:5
**lawyers** 5:11
**lease** 8:22 9:5
  10:3 11:2
**leases** 9:12,16
  9:23
**leave** 9:17
**ledanski** 20:3,8
**left** 6:19
**legal** 8:6 20:20
**lexus** 5:12,12
**license** 3:12
**life** 14:5 18:25
**lift** 11:4
**limbo** 15:3
**line** 4:19 7:24
  8:6,11 11:16
**list** 5:23 9:12
  9:15 12:18
**listed** 5:10
  11:13,16 15:13
  16:7
**little** 10:13
**live** 4:20 5:6
  12:23
**living** 4:13
  13:3

**llc** 2:12 11:17
  12:10
**loan** 5:14,15,16
  5:18 7:12
**loans** 13:12
**long** 14:9 15:15
  15:22
**look** 3:14,16
**looked** 4:18
**lot** 4:17 10:15
  18:16 19:2

**m**

**made** 8:14
**make** 6:22 7:4
  7:4 12:6 13:12
  14:20
**march** 4:8
**match** 3:14
**matches** 3:12
**mean** 11:2 13:6
  16:7 17:12,18
  17:23 18:2,6
**meeting** 1:15
**mineola** 1:22
  20:23
**minute** 5:11
**minutes** 16:3
  17:12
**missed** 9:19
**mistake** 8:13
  8:15 11:19
**money** 5:12
  6:14 14:20
  16:15,17 17:2
  17:8
**month** 6:7,13
  6:14,19,21,24

**months** 6:22
**mortgage** 8:23
  8:24 15:11,12
**motion** 11:4
**move** 16:2
  17:14,15 18:20
  18:20
**mute** 3:5

**n**

**n** 3:1 20:1
**name** 3:9 14:13
  15:23,23
**national** 8:23
  9:9 15:11
**need** 4:10 11:1
  16:2
**never** 10:14,24
  10:24,25 18:24
  19:5,6,6,13
**northern** 1:2
**number** 3:3,16
  8:11
**ny** 1:22 20:23

**o**

**o** 3:1 20:1
**obtain** 13:14
**office** 2:6 17:11
**okay** 3:11,15
  3:17 4:5,16,25
  5:4,6,9,20,25
  6:9,18 7:22,23
  7:23 8:5 12:17
  14:1 16:17
  18:1,20 19:11
  19:22

**old** 1:20 20:21
**oliva** 2:12 7:25
  8:2,5,10,16,21
  9:5,7,9,11,15
  9:22 10:3,6,8
  10:11 11:8,21
  11:25 12:2,5,9
  12:12 13:5,8
  13:12,14,17,21
  13:23 14:1,3,7
  14:11,16,19,25
  15:9,18,25
  16:6,13 18:22
  19:1,8,15,18
  19:23
**order** 8:18
**owe** 5:12 16:8
  16:14,17 17:2
  17:7,21,21,22
  18:12,14
**owes** 16:7
**owing** 12:19
**own** 4:19 5:17
  5:21 10:21,22
  11:4
**owned** 4:22
  10:24,25 14:8
**owner** 10:9
  13:2,10,11
**owns** 11:3

**p**

**p** 3:1
**page** 7:16
**pages** 5:25
**paid** 19:6
**papers** 4:10

**[part - situation]**

Page 5

**part** 3:16 8:6 8:10
**pass** 8:24 15:12
**past** 14:21
**pay** 3:17 4:25 5:4 6:25 7:12 9:19 12:20,22 13:3,8 19:5
**paycheck** 6:16 6:17
**payment** 7:5,6
**payments** 14:19
**penalty** 3:5
**pension** 6:5 18:6
**people's** 18:16
**period** 11:16
**perjury** 3:6
**person** 10:4 11:12,12 16:5
**petition** 3:13 3:14,23 8:10 11:14 13:18 16:6 19:9
**picture** 3:12
**pleadings** 4:18
**please** 3:4,9
**power** 14:12
**pretty** 18:2,7 18:10
**prior** 8:11 12:5 13:11
**pro** 2:3 3:17 4:16 10:17,19
**problem** 16:25

**problems** 17:3
**proceedings** 1:24 19:25 20:4
**produced** 1:25
**properties** 2:12 11:17 12:9,15 12:16 18:13
**property** 4:19 8:8,21 10:4,9 10:22 13:4,23 14:8,25 15:16
**put** 9:19 17:2 19:16
**putting** 4:17 17:20

**q**

**question** 11:15 12:18 17:3 18:13
**questions** 5:11 7:24 10:15,20 16:9

**r**

**r** 3:1 5:3,3 20:1
**rabbit** 17:1
**raise** 3:4
**read** 3:20,23
**really** 15:21
**reason** 7:22 11:5
**receive** 6:5 10:12
**recommend** 19:8,12,12

**record** 20:4
**recorded** 1:24 14:12
**recording** 1:24 3:3
**records** 9:22
**refer** 17:10
**reflects** 8:11
**related** 3:24
**remember** 8:20 12:14
**remove** 13:17 19:1
**rent** 4:25 5:4,5 5:6 6:12 9:19 9:25 14:19
**represented** 10:8
**represents** 10:19 12:16
**residence** 8:7
**resolve** 19:2
**resolves** 16:25
**reversed** 8:14
**richard** 2:7
**right** 3:4 6:2 6:14,19 14:2 16:15 18:4 19:4,21
**road** 1:20 20:21
**room** 5:5,6
**russell** 2:7

**s**

**s** 1:16 2:5 3:1
**sale** 15:1,10,18 15:20

**saving** 6:21
**saying** 9:4 11:18,21
**schedule** 5:9 8:5 9:11,15 11:15
**schedules** 4:17 7:14 16:18,19 17:21
**school** 14:6
**se** 2:3 3:17 4:16 10:17,19
**second** 11:9
**section** 7:17
**security** 3:13
**see** 3:15 5:25 6:1,23 17:11
**seems** 11:10
**seen** 19:14
**send** 10:12
**serious** 16:7,9
**service** 1:25
**services** 1:19
**sheet** 3:21
**shows** 6:18
**sign** 3:23
**signature** 20:7
**similar** 8:8
**simple** 18:2,7 18:10,13
**sir** 3:4,5,8,17 3:19 4:2 7:24 10:17 18:16 19:21,22
**situation** 9:1 10:14 16:9

**[small - years]**                                                                          Page 6

small   6:1
social   3:13
sold   15:1
solemnly   3:5
solutions   20:20
sonya   20:3,8
sorry   5:17 8:2
  16:5 17:13
  18:19,19,19
sound   1:24
source   6:9,11
speaker   4:5
spent   6:14
start   10:2
state   3:9
stated   10:25
states   1:1 2:6
  17:11
stay   11:4
suite   1:21
  20:22
summary   7:14
  7:22
supposed   7:20
sure   6:13 14:10
sw   2:8
swear   3:5
sworn   9:24

### t

t   20:1,1
take   16:19
  18:19
talking   18:11
  18:12
tax   15:1,10,14
  15:18,20

taxes   12:20,22
  13:3,9 15:5,7
tbw   8:23 15:11
ted   2:8
tell   3:6 14:7,11
tenant   4:21,22
  11:6,6 13:3,23
  15:7
testified   10:22
  16:14 17:22
thank   8:2
  18:22 19:21,22
  19:23
things   14:23
think   4:16 9:2
  10:21 11:15
  12:11 14:9
  17:14
thought   9:18
  15:3
time   14:9
  18:17,19
title   5:14,15,16
  5:18 7:4,4,6,12
  14:13
today   3:12
told   13:8 15:18
total   5:20 6:1
trail   17:1
transcript   1:14
  1:25 20:4
transcription
  1:19,25
transferred
  14:13,20
true   4:4 20:4

trust   8:24
  15:12
trustee   1:16
  2:5,6 8:2,23
  11:8,16 15:11
  17:11,15 19:8
  19:13
truth   3:6,6,7
trying   11:4
  16:9 17:22,24
  17:25 19:17,20
turner   2:8
two   14:21

### u

under   3:5
  14:12
understand
  16:10,11 17:23
  17:24
unidentified
  4:5
united   1:1 2:6
  17:11
unsecured
  11:18
updated   4:11
use   10:11
utilities   6:25

### v

va   6:5 18:6
value   5:21
vehicle   7:2
verified   3:15
veritext   1:19
  20:20

vip   2:12 11:17
  12:9,14,16
  13:12,14,17
  18:13

### w

wait   18:23
wasting   18:16
way   15:6
we've   14:5
  16:2 17:12
wealthy   14:22
william   1:6 2:2
  3:2,10
worked   14:4
written   8:22
  9:5,12,23 10:3
wrong   7:23
  16:5

### y

ya'll's   18:19
yeah   5:2,19
  6:23 7:16 8:4
  9:22 10:5,17
  11:1,7 12:1
  17:18 18:15
  19:19
years   14:21